**FILED**
at ___ O'clock & ___ min ___ M
JUN 14 2011
United States Bankruptcy Court
Columbia, South Carolina (28)

## SKINNER LAW FIRM, LLC
*Attorney at Law*

\* RANDY A. SKINNER

\*Certified Specialist in Bankruptcy
and Debtor/Creditor Law

THE OGLETREE BUILDING
300 N. MAIN STREET, STE. 201
GREENVILLE, SC 29601

TELEPHONE: (864) 232-2007
FACSIMILE: (864) 232-8496

*MAILING ADDRESS*
POST OFFICE BOX 1843
GREENVILLE, SC 29602-1843

*E-MAIL ADDRESS*
main@skinnerlawfirm.com

June 14, 2011

```
Granted. The hearing is continued
until June 30, 2011 at 11:00 am
in Spartanburg, S.C.
/s/ Helen Elizabeth Burris
    U.S. Bankruptcy Judge
    for the District of SC
```

**ENTERED JUN 14 2011 SRP**

**Via Facsimile to (864) 591-5317**
The Honorable Helen E. Burris
United States Bankruptcy Court

RE:  **Request for continuance of hearing related to Objection to Motion for Relief from Stay**
    **Bankruptcy Case No.: 11-01618**

Dear Judge Burris:

I would like to request that the hearing scheduled for June 16, 2011 at 1:30 p.m. in the above referenced case be continued due to the fact that I am out of town and unable to be physically present at the hearing.

Should you have any questions or need any further information, please do not hesitate to contact me.

|  |  |
|---|---|
| **/s/ Randy A. Skinner** | I CONSENT<br>**/s/ T. Ryan Langley** |
| Randy A. Skinner, Federal I.D. No.: 5412 | T. Ryan Langley, Federal I.D. No.: 10047 |
| SKINNER LAW FIRM, LLC | HODGE & LANGLEY LAW FIRM, P.C. |
| Post Office Box 1843 | 229 Magnolia Street |
| Greenville, SC 29602 | Spartanburg, SC 29304-2765 |
| Telephone: (864) 232-2007 | Telephone: (864) 585-3873 |
| Fax: (864) 232-8496 | E-mail: Rlangley@hodgelawfirm.com |
| E-mail: main@skinnerlawfirm.com | Attorney for Plaintiff |
| Attorneys for the Debtor-in-Possession |  |